# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUSAN MARGARET WATERS,
THOMAS PRESCOTT WATERS,
SUZICO, L.L.C., THOMCO,
L.L.C., GUSTOCO, INC., AND
ATW PROPERTIES, L.L.C.

VERSUS

MELANSON LAW, APLC, BEN F.
MELANSON, THE ESTATE OF BEN
MELANSON AND MADELINE
AHLGREN MELANSON

NO.  2023 CW 0026

MARCH 27, 2023

---

In Re:    The  Estate  of  Ben  F.  Melanson,  applying  for
          supervisory  writs,  19th  Judicial  District  Court,
          Parish of East Baton Rouge, No. 712289.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

_a.s_

DEPUTY CLERK OF COURT
FOR THE COURT